# IN THE COURT OF APPEALS OF THE NAVAJO NATION

## WINDOW ROCK, NAVAJO NATION (ARIZONA)

IN THE MATTER OF CONTEMPT OF:   )        No.: A-CV-13-78  
                       )  
JOHN H. YAZZIE, Advocate       )    ORDER DISMISSING APPEAL  
Law Office of Yazzie and George  )  
Tuba City, Arizona            )  
                       )

---

The appeal in the above-entitled matter, filed the 1st day of May, 1978, having been received and considered, the Court finds:

John H. Yazzie failed to file a motion for reconsideration with the District Court as required by Rule 5, Rules of Appellate Procedure.

THEREFORE, the appeal in the above-entitled matter is DISMISSED.

Dated this 29th day of June, 1978.


Marie F. Neswood

Acting Chief Justice Of The Navajo Nation